12-1734-cv
*Nolley v. Swiss Re Am. Holding Corp.*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1.  When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order").  A party citing a summary order must serve a copy of it on any party not represented by counsel.

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand thirteen.

PRESENT:
        GUIDO CALABRESI,
        JOSÉ A. CABRANES,
        ROBERT D. SACK,
                *Circuit Judges.*

_____

JAMES NOLLEY,

        *Plaintiff-Appellant*,

                v.                                                No. 12-1734-cv

SWISS RE AMERICA HOLDING CORPORATION,

        *Defendant-Appellee*,

SWISS REINSURANCE AMERICA CORPORATION,

        *Defendant.*

_____

**FOR PLAINTIFF-APPELLANT:**              James Nolley, *pro se*, North Brunswick, NJ.

**FOR DEFENDANT-APPELLEE:**        Christopher Lowe, Cameron Smith, Seyfarth Shaw LLP, New York, NY.

Appeal from a March 13, 2012 judgment of the United States District Court for the Southern District of New York (Denise Cote, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant James Nolley ("Nolley" or "plaintiff"), proceeding *pro se*, instituted this action before the District Court pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), New York State Human Rights Law, N.Y. Exec. L. §§ 290-297, and New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131.  Nolley alleged that his employer, defendant-appellee Swiss Re America Holding Corporation ("defendant"), discriminated against him on the basis of his race and retaliated against him for complaining of discrimination. The District Court granted a motion for summary judgment by defendant and dismissed Nolley's amended complaint.  We assume the parties' familiarity with the underlying facts, procedural history of the case, and the issues on appeal.

We review an order granting summary judgment *de novo* and "resolv[e] all ambiguities and draw[ ] all permissible factual inferences in favor of the party against whom summary judgment is sought." *Burg v. Gosselin*, 591 F.3d 95, 97 (2d Cir. 2010) (internal quotation marks omitted).  In addition, we construe the submissions of a *pro se* litigant liberally and "interpret [ ] [them] to raise the strongest arguments that they suggest." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and emphasis omitted).  Summary judgment is appropriate if "the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a); *see also Winfield v. Trottier*, 710 F.3d 49, 52 (2d Cir. 2013).

Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the judgment of the District Court substantially for the reasons articulated in Judge Cote's thorough and well-reasoned opinion of March 8, 2012.  *See Nolley v. Swiss Reinsurance Am. Corp.*, 857 F. Supp. 2d 441, 462 (S.D.N.Y. 2012).  We have reviewed plaintiff's remaining arguments and find them to be without merit.  Accordingly, we **AFFIRM** the March 13, 2012 judgment of the District Court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2